UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                            Case No. 99-90030-01

TONY BROWN,                      HON. GEORGE CARAM STEEH

        Defendant.
_____/

## ORDER SETTING ASIDE VIOLATION OF
## SUPERVISED RELEASE AND CONTINUING SUPERVISION

     Mr. Brown plead guilty to a violation of his conditions of supervised release and the court adjourned sentencing to June 8, 2009. Probation Officer Russell LaForet has since reported to the court that Mr. Brown has made dramatic progress in attitude and compliance with his supervision. Importantly, he has secured regular employment and has refrained from the use of prohibited substances. The court is convinced that Mr. Brown has earned the opportunity to avoid the prison term envisioned by the guidelines of seven (7) to thirteen (13) months for the violation. Accordingly, the court hereby orders:

     That the guilty plea is set aside and the violation charges DISMISSED. Mr. Brown shall be continued on supervision as previously ordered.

Dated: June 4, 2009

                                                S/George Caram Steeh
                                                GEORGE CARAM STEEH
                                                UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on June 4, 2009, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

5:99-cr-90030-GCS   Doc # 18   Filed 06/04/09   Pg 2 of 2   Pg ID 19